UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY [NEWARK]
Law / Civil Division

| | |
|---|---|
| Moorish-American National Moslem<br>El, Erwin, *Specially Appearing, In Propria Persona,*<br>*Sui Juris, In-Full-Life;* and all others similarly<br>situated<br><br>                                     Plaintiff,<br>-against-<br><br>CHANEL JOHNSON, in her individual capacity<br>also known as OFFICER CHANEL JOHNSON, in<br>her official capacity; M. BOWE, in his individual<br>capacity also known as SUPERVISOR M. BOWE,<br>in his official capacity; PLAINFIELD POLICE<br>DEPARTMENT and ALL OTHERS SIMILARLY<br>SITUATED<br><br>                                    Defendant(s). | **Plaintiff's Complaint**<br>**and**<br>**Request for Injunction**<br><br>**Civil Action:**<br><br>_____<br><br>Jury Trial: ☐ Yes ☐ No<br>(check one) |

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 AUG 14 P 3:09

William T. Walsh – Clerk

I.    **Parties in this complaint:**

A.    Plaintiff.

| | |
|---|---|
| Noble Title: | <u>El, Erwin, *Specially Appearing, In Propria Persona, Sui Juris, In-Full-Life*</u> |
| Post Road: | <u>*In care of,* 201 Watchung Avenue</u> |
| County, City: | <u>Union County, Plainfield</u> |
| State Republic: | <u>New Jersey state Republic at Morocco/U.S.A.</u> |



B.  Defendants.

Defendant Number 1:

| | |
|---|---|
| Name | CHANEL JOHNSON - D/B/A, OFFICER CHANEL JOHNSON |
| Job or Title | PLAINFIELD POLICE OFFICER # 0234 |
| Street Address | 200 E. 4TH ST. |
| City and County | PLAINFIELD, UNION COUNTY |
| State and Zip Code | NEW JERSEY, 07060 |
| Telephone | 908-753-3131 |

Defendant Number 2:

| | |
|---|---|
| Name | M. BOWE - D/B/A, SUPERVISOR M. BOWE |
| Job or Title | PLAINFIELD POLICE SUPERVISOR |
| Street Address | 200 E. 4TH ST. |
| City and County | PLAINFIELD, UNION COUNTY |
| State and Zip Code | NEW JERSEY, 07060 |
| Telephone | 908-753-3131 |

Defendant Number 3:

| | |
|---|---|
| Name | PLAINFIELD POLICE DEPARTMENT |
| Job or Title | |
| Street Address | 200 E. 4TH ST. |
| City and County | PLAINFIELD, UNION COUNTY |
| State and Zip Code | NEW JERSEY, 07060 |
| Telephone | 908-753-3131 |



## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases that involve a federal question and cases that involve diversity of citizenship of the parties. According to 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. According to 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ 28 U.S.C. § 1331, Federal Questions
☒ 28 U.S.C. § 1332 Diversity of Citizenship

### A. If the Basis for Jurisdiction is Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treaty of Peace and Friendship sealed by the Emperor of Morocco June 23, 1786, 1836 – Still-In-Force; Constitution for the United States of America - Article 4, Section 4; Constitution for the United States of America - Article 6; Bill of Rights - First Amendment; Bill of Rights - Fourth Amendment; Bill of Rights - Fifth Amendment; Bill of Rights - Eighth Amendment

### B. If the Basis for Jurisdiction is Diversity of Citizenship, What is the Citizenship of Each Party?

1. The Plaintiff

    a. The plaintiff, El, Erwin, is *Specially Appearing, In Propria Persona, Sui Juris, In-Full-Life,* is a citizen for the Nation, Moorish-America U.S.A. / Morocco.

2. The Defendant

    a. The defendant, CHANEL JOHNSON, in her individual capacity, is a citizen of the U.S. (UNITED STATES);



      a(1).    This defendant, in her official capacity is, OFFICER CHANEL JOHNSON, who is incorporated under the laws of the State of NEW JERSEY, and has its principal place of business in the State of NEW JERSEY. Or is incorporated under the laws of STATE OF NEW JERSEY, and has its principal place of business in PLAINFIELD, NEW JERSEY.

      b.    The defendant, M. BOWE, in his individual capacity, is a citizen of the U.S. (UNITED STATES);

      b(1).    This defendant, in his official capacity is, SUPERVISOR M. BOWE, who is incorporated under the laws of the State of NEW JERSEY, and has its principal place of business in the State of NEW JERSEY. Or is incorporated under the laws of STATE OF NEW JERSEY, and has its principal place of business in PLAINFIELD, NEW JERSEY.

      c.    The defendant, PLAINFIELD POLICE DEPARTMENT, is a citizen of the U.S. (UNITED STATES);

      c(1).    This defendant, PLAINFIELD POLICE DEPARTMENT, is incorporated under the laws of the State of NEW JERSEY, and has its principal place of business in the State of NEW JERSEY. Or is incorporated under the laws of STATE OF NEW JERSEY, and has its principal place of business in PLAINFIELD, NEW JERSEY.

**3.**    The Lawful Amount in Controversy



The lawful amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I have a legal disclaimer / encroachment warning clearly posted on my private conveyance (car) that reads: Consideration and Payment of Due Compensation for Public Use – 70,048.00 United States Notes in lieu of Title 31, United States Code § 5115. The lawful amount in controversy computes to: one hundred forty thousand ninety-six and 00/100 USdollars (140,096 USD); as of August 14, 2019, my car is unlawfully seized for 2 days. Plaintiff reserves the right to impose a compensatory daily rate of 70,048.00 United States Notes for each additional day my private conveyance is being unlawfully seized.

### III. Statement of Claim:
**(Plaintiff *Specially Appearing, In Propria Persona, Sui Juris, In-Full-Life*)**

A.  Where did the events giving rise to claim(s) occur?

The events giving rise to my claims occurred at North America / New Jersey state Republic at Morocco.

The events giving rise to defendants claims occurred while employed for the PLAINFIELD POLICE DEPARTMENT, in the corporate STATE of NEW JERSEY and incorporated CITY OF PLAINFIELD.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

The date and approximate time the events giving rise to my claims occurred on August 13, 2019 at approximately 7:50 p.m.

C.  What are the facts underlying your claim(s)?

**(1)** August 13, 2019, at approximately 7:50 pm. While I, El, Erwin, was openly and notoriously exercising my God-given Right to travel on my Land at North America / Morocco as a Moor, and peaceably demonstrating the Law of the Land, In-Full-Life, I was unlawfully stopped, detained, and removed from my private conveyance, by the above-listed defendants because I bear Moroccan Empire / North America travel tags (plates) on my private conveyance;



**(2)** My private conveyance (car), hereinafter, private property, was unlawfully seized by the above-listed defendants without a verifiable written Grand Jury indictment, search warrant, probable cause, negative report against the vehicle identification number, or just compensation first made to me, the owner, for public use, the defendants clearly violated my Right to Life, Liberty, and property; see, Bill of Rights - Fifth Amendment to the United States Constitution. There was no injured party or property damage, thus no crime was committed by me on August 13, 2019.

**(3)** On August 13, 2019, armed Defendant JOHNSON and armed Defendant BOWE, while unlawfully detaining me, made numerous threats to arrest me for not providing them information about myself; Defendant BOWE, reached into my private conveyance to disengage my doors and remove me from my private property.

**(4)** On August 13, 2019, approximately, 8:08 pm, Defendant JOHNSON, manifested numerous tickets / citations that contain false and fraudulent information; at no time whatsoever on August 13, 2019 was the plaintiff operating a vehicle with License Plate No B73FVY, this factual contention has evidentiary support.

**(5)** Defendant BOWE reached into my right pocket and stole my blue utility blade, said it isn't a good idea to uphold / follow the Constitution and was the final decision maker to seize my private conveyance.

IV.   **Irreparable Injury:**

Explain why lawful monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such lawful compensation could not be measured.

Defendant JOHNSON and Defendant BOWE violated and breached their fiduciary duty to the Law of the Land by harassing, seizing my private property and publicly humiliating me; no amount of lawful money can be measured for what they have done to me and my now diminished trust for "public servants".

Lawful Monetary damages at a later time would not adequately compensate me for my injuries because I fear for my life and have belief that the above-listed defendants attend to harm me, and others like me, for exercising constitutionally protected rights



bestowed upon us by our creator, Father-God Allah. I believe immediate lawful monetary damages would help to suppress the above-listed armed defendants rogue desire to destroy national human rights and constitutional rights.

The defendants appear to have no issue with manifesting citations with false and misleading information, so I fear the defendants have no issue with obstructing justice, embezzling the people, or inflicting harm against me or any human being that upholds the Constitution and Treaty.

The defendants desire for me to be a slave to the STATE OF NEW JERSEY and to abandon the dictates of my own conscience as a Spirit-Man made by Allah. The defendants want me to follow unconstitutional statutes and codes that are contrary to the Supreme Law of the Land.

## V.     Relief:

Plaintiff seeks a Temporary Restraining Order from the United States District Court for the District of New Jersey ordering the above-listed defendants to immediately release Plaintiffs' private property to Plaintiffl if the defendants fail to satisfy the Order,

Plaintiff seeks a Preliminary Injunction from the United States District Court for the District of New Jersey ordering the above-listed defendants to immediately return all property to Plaintiff and refrain from any unsolicited contact with Plaintiff, and Plaintiff seeks a Permanent Injunction from the United States District Court for the District of New Jersey ordering the above-listed defendants to compensate Plaintiff, one hundred forty thousand ninety-six and 00/100 US dollars, in accordance with Plaintiff's actual Private Conveyance Contract; and Grant any additional relief Plaintiff may be entitled to.

## VI.    Certification and Closing

According to Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being



presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I, El, Erwin, Specially Appear ipso jure a Moorish-American subject, and affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed without the United States on __14 August. 2019__**



**By the Blood of Yahshua (Jesus):** In Full Life In Full Life In Full Life In Full Life In Full Life In Full Life In Full Life.

          Noble Title: <u>El, Erwin, *Specially Appearing, In Propria Persona, Sui Juris, In-Full-Life*</u>

          Post Road: <u>*In care of,* 201 Watchung Avenue</u>

          County, City: <u>Union County, Plainfield</u>

          State Republic: <u>New Jersey state Republic at Morocco/U.S.A.</u>

